IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| BORAM PHARM. CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> LIFE TECHNOLOGIES CORPORATION, <br><br> Defendant. | JURY TRIAL DEMANDED <br><br> Civil Action No. |

## PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Boram Pharm Co., Ltd. makes the following disclosure:

1.  Plaintiff Boram Pharm Co., Ltd. has no parent corporation.

2.  No publicly held corporation owns 10% or more of the stock of Plaintiff Boram Pharm Co., Ltd.

Dated: January 14, 2009

EDWARDS ANGELL PALMER & DODGE LLP

_____
Denise Seastone Kraft (DE 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 425-7106
888-325-9741
dkraft@eapdlaw.com
*Attorneys for Plaintiff*

WLM 520083.1

Of Counsel:

Ralph Loren
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617-239-0233 Phone
866-955-8976 Fax
rloren@eapdlaw.com