IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BORAM PHARM. CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE TECHNOLOGIES CORPORATION,<br><br>    Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No. 10-00031-HB |

**REQUEST FOR EXTENSION OF TIME AND ORDER ALLOWING SAME**

WHEREAS, Defendant Life Technologies Corporation ("Defendant") has not yet retained counsel in this jurisdiction to represent its interests;

WHEREAS, an answer or other responsive pleading from Defendant is due on or about March 18, 2010;

WHEREAS, the case may be resolved in the next 30 days;

IT IS HEREBY AGREED, by the undersigned attorneys for Plaintiff Boram Pharm Co., Ltd., subject to approval by the Court, that the time of Defendant to answer, move against or otherwise respond to the Complaint shall be extended to and through April 19, 2010.

Dated: March 17, 2010

EDWARDS ANGELL PALMER & DODGE, LLP

  */s/ Denise Seastone Kraft*
Denise Seastone Kraft (DE I.D. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE  19102
302-425-7106 Phone
888-325-9741 Fax
dkraft@eapdlaw.com

*Attorneys for Boram Pharm Co., Ltd.*

SO ORDERED this _____ day March, 2010.

_____
The Honorable Harvey Bartle, III

WLM 520601.1